UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

ROLAND R. HICKS

    vs.                                        CIVIL NO: 3:06CV95 JBA

MICHAEL P. HAMPTON
BERYL'S WORLD, KEITH BUCK,
VINCENT CHOU, JOSEPH
DONATUCCI, GLOBAL OCEAN LLC,
GLOBAL PROJECT & DEVELOPMENT,
IMF, MAXIMILLAN KAUFMANN,
MPH LLC, MESA FINANCE & DEVELOPMENT,
MESA FINANCE GROUP OF COMPANIES
MESA FINANCE  PARTNERS,
MESA TRADING & FINANCE,
MESA VENTURE MARKETING
FUNDS, MESASIA, NEW HORIZON,
PRIME CAPITAL GROUP,
PRIME DOMAIN, ADNAN SAKLI,
SEVEN OAKS FINANCE, MATHEW STOCKI,
BERYL WOLK

## JUDGMENT

     This  action came on for consideration before the Honorable Janet Bond Arterton, United States District Judge, on defendant Donatucci's motion to dismiss .
     On February 19, 2009,  the Court having considered all of the papers filed in conjunction with the motion entered an Order of Dismissal   granting  defendant Donatucci's motion to dismiss and dismissing the case against defendant's Wolk and IMF, Inc. and Matthew Stockli .  On January 16, 2009, an Order entered dismissing the case against defendant's Beryl's World, Michael P. Hampton, MPH LLC, Mesa Finamce Group of Co., Mesa Finance Partners, Mesa Trading & Finance, Mesa Venture Marketing Funds.  On December 5, 2008,an Order entered dismissing the case against  defendant's Keith Buck, Vincent Chou, Global Ocean LLC, Global Project & Development, Maximillan Kaufmann, Mesa Finance & Development,

EOD_____

Mesasia, New Horizon, Prime Capital Group, Prime Domain, Adnan Sakli and Seven Oaks Finance.

It is hereby ORDERED and ADJUDGED that judgment is entered for the defendants and the case is dismissed.

Dated at New Haven, Connecticut, this 24th day of February 2009.

Robin D. Tabora, CLERK


BY _____/s/_____
     Betty J. Torday
     Deputy Clerk